## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JADA BEY, | ) |
| Petitioner, | ) |
| v. | ) No. 4:25-cv-678 AGF |
| KATHERYN THURMANN, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

On May 9, 2025, Petitioner Jada Bey filed a "Response to Court Order: June 2, 2023 – Davis-BEY V. COLE BREWER – 23-cv-507-HEA." The Court construes this filing as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. However, she has neither paid the filing fee nor filed an application to proceed in district court without prepaying fees or costs. "The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. Local Rule 2.01(B)(1). Further, the petition is defective as written because it was not filed on a court form. As such, the Court will direct Petitioner to file an amended petition on a Court-provided form.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner must either pay the $5.00 filing fee or submit an application to proceed in district court without prepaying fees or costs., **within thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form 'Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases.'

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail to Petitioner a copy of the Court's form "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241."

**IT IS FURTHER ORDERED** that Petitioner shall file an amended petition on the Court-provided form within **thirty (30) days** of the date of this Order. Petitioner is advised that his amended petition will take the place of his original petition and will be the only pleading that this Court will review.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without further notice.

Dated this 25th day of June, 2025.

                                                      */s/ Audrey G. Fleissig*
                                                  AUDREY G. FLEISSIG
                                                  UNITED STATES DISTRICT JUDGE